Argued and submitted June 10, reversed and remanded for trial July 10, reconsideration denied August 23, petition for review denied October 15, 1985 (330 Or 162)

## STATE OF OREGON,
*Appellant,*

*v.*

## ROBERT HUNTER BARTON,
*Respondent.*

(84-614; 84-615; 84-616; 84-617;
84-618; CA A34543)

701 P2d 1056

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Ronald E. Cinniger, Metropolitan Public Defender, Portland, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The trial court's dismissal of the charging instruments in each of these cases was inappropriate. Reversed and remanded for trial.